UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CROP PRODUCTION SERVICES, INC., formerly known as UAP DISTRIBUTION, INC.;<br><br>              Plaintiff,<br><br>  v.<br><br>NARUM CONCRETE CONSTRUCTION, INC.;<br><br>              Defendant. | NO: 12-CV-5126-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 105). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to either party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

The parties' stipulated Motion to Dismiss (ECF No. 105) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to either party. All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 31, 2014.



THOMAS O. RICE
United States District Judge